# GT GreenbergTraurig

Ryan Sirianni
Tel 212.801.9200
Fax 212.801.6400
siriannir@gtlaw.com

May 4, 2022

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Odierno v. JPMorgan Chase Bank, N.A., et al.
      Case No. 22-cv-1401(JGK)(OTW)

Dear Judge Koeltl:

My firm is counsel for defendant JPMorgan Chase Bank, N.A. ("Chase") in this action.

Pursuant to Rule I.E of Your Honor's Individual Practices, Chase requests a 30-day extension of time to respond to the Complaint filed in this action from May 9, 2022, to June 8, 2022. Counsel for the plaintiff Andrew Odierno ("Plaintiff") consents to this request.

An initial conference is scheduled for May 19, 2022. Plaintiff and Defendant have conferred concerning a date to which to potentially adjourn this conference, and advise the Court that both parties are available June 8 to 21, 2022, excluding the afternoon of June 14.

This is Chase's second request for such extension. Chase requests this extension to review its records with respect to the Complaint, so to determine how to respond.

Respectfully submitted,

Ryan Sirianni

cc (by ECF):   All counsel of record

*Handwritten endorsement:* Time to respond to the Complaint extended to 6/8/22. The May 19, 2022 conference is cancelled. The parties should submit a Rule 26(f) report by 6/22/22 unless a pre-motion conference has otherwise been requested. SO ORDERED. /s/ JGK/USDJ 5/4/22

Greenberg Traurig, LLP | Attorneys at Law
900 Stewart Avenue | Garden City, New York 11530 | T +1 516.629.9600 | F +1 516.706.8666
www.gtlaw.com