**GT GreenbergTraurig**

Ryan Sirianni
Tel 212.801.9200
Fax 212.801.6400
siriannir@gtlaw.com

```
Application granted. So ordered.

New York, NY          /s/ John G. Koeltl
June 22, 2022         John G. Koeltl, U.S.D.J.
```

June 21, 2022

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Odierno v. JPMorgan Chase Bank, N.A., et al.*
      Case No. 22-cv-1401(JGK)(OTW)

Dear Judge Koeltl:

My firm is counsel for defendant JPMorgan Chase Bank, N.A. ("Chase") in this action.

Pursuant to Rule I.E of Your Honor's Individual Practices, Chase requests an extension of time for the parties to submit a joint Rule 26(f) report from June 22, 2022 to July 22, 2022. Counsel for the plaintiff Andrew Odierno consents to this request. This is Chase's first request an extension of time to submit a joint report pursuant to Fed. R. Civ. P. 26.

On May 5, 2022, the Court granted Chase's request for an extension of time to respond to the Complaint, ordering:

> Time to respond to the complaint extended to 6/8/22. The May 19, 2022 conference is canceled. The parties should submit a Rule 26(f) report by 6/22/22 unless a pre-motion conference has otherwise been requested. SO ORDERED.

*See* Dkt. No. 14. The Court thus did not require the parties to submit a joint report at that time if Chase requested a pre-answer, pre-motion conference. Otherwise, the Court ordered the joint report to be submitted two weeks after Chase responded to the Complaint.

Chase later requested an additional extension of time to respond to the Complaint to July 8, 2022, which the Court granted. *See* Dkt. No. 16. In that order the Court did not extend the time to submit a joint report, however.

To match the schedule contemplated in the Court's May 5, 2022 order, Chase requests an extension of time for the parties to submit a joint Rule 26(f) report to July 22, 2022 (*i.e.* two weeks after the deadline for Chase to respond to the Complaint), and in the event that Chase requests a pre-motion conference, that such deadline be held in abeyance pending further Court order.

**Greenberg Traurig, LLP | Attorneys at Law**
900 Stewart Avenue  |  Garden City, New York 11530  |  T +1 516.629.9600  |  F +1 516.706.8666

www.gtlaw.com

June 21, 2022
Page 2

Respectfully submitted,

*Ryan Sirianni*

Ryan Sirianni

cc (by ECF):   All counsel of record